FORM AO-256
REV. 1-82

**CRIMINAL DOCKET - U.S. District Court**

| | | | | | |
|---|---|---|---|---|---|
| PO ☐ | 0417 4 Assigned 1706 | ☐ WRIT | U S vs | (LAST, FIRST, MIDDLE) | Case Filed Mo 04 Day 21 Yr 86 Docket No 00019 Def. 01 |
| Misd ☐ | Deft. Sentence 1706 | ☐ JUVENILE | | **WILLIAMS, Michael** | No of Def's 1 U.S. MAG CASE NO |
| Felony ☒ | District Off Judge/Magistr | ☐ ALIAS OFFENSE ON INDEX CARD▶ | disposing of mortgaged property | | |

## I. CHARGES

| U.S TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM NG | GUILTY NOLO |
|---|---|---|---|---|
| 18:658 | Disposing of mortgaged property | 1 | | ☒ |

SUPERSEDING COUNTS ☐ JURY ☒ N J

## II. KEY DATE

**INTERVAL ONE** — KEY DATE — EARLIEST OF: ☐ arrest, ☐ summons, ☐ custody, ☐ appears on complaint

**END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)** — KEY DATE ▶ 4-21-86 APPLICABLE: ☐ Indictment filed/unsealed, ☐ consent to Magi trial or complaint, ☒ Information, ☒ Felony-w/waiver

KEY DATE 4-21-86 LATEST OF: ☒ 1st appears on pending charge /R40, ☐ Receive file R20/21, ☐ Supsdg: ☐ Ind ☐ Inf, ☐ Order New trial

**END INTERVAL TWO** — KEY DATE ▶ 4-21-86 APPLICABLE: ☐ Dismissal, ☒ Pled {guilty ☐ After N G, ☐ No o ☐ After nolo}, ☐ Trial (voir dire) began

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD ☐ Nolle ☐ Pros | FINAL CHARGES DISMISSED ☐ on S T. grounds ☐ W.P. ☐ WOP | on def motion on gov't motion |
|---|---|---|---|---|---|---|---|---|---|
| 4-21-86 | 4-21-86 | | | | | | | | |

## III. MAGISTRATE

| Search Warrant | Issued / Return | DATE | INITIAL/NO | INITIAL APPEARANCE DATE ▶ | | INITIAL/NO | OUTCOME: ☐ DISMISSED HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
|---|---|---|---|---|---|---|---|
| Summons | Issued / Served | | | PRELIMINARY EXAMINATION / OR REMOVAL HEARING ☐ | Date Scheduled ▶ Date Held ▶ | | HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Arrest Warrant Issued COMPLAINT ▶ | | | | ☐ WAIVED ☐ NOT WAIVED ☐ INTERVENING INDICTMENT | | Tape Number: | |
| Date of Arrest | | OFFENSE (In Complaint) | | | | | |

Show last names and suffix numbers of other defendants on same indictment/information:

RULE ☐ 20 ☐ 21 ☐ 40 In Out
BAIL ● RELEASE

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

**ATTORNEYS** — U.S. Attorney or Asst.

James S. Perry - Asst. U.S. Atty.

Defense 1 ☐ CJA. 2 ☐ Ret 3 ☐ Waived 4 ☐ Self. 5 ☐ Non / Other. 6 ☒ PD 7 ☐ CD

1675 Piney Green Rd.
Jacksonville, N.C. 28540
347-6087

Federal Public Defender

### PRE INDICTMENT

Release Date
Bail ☐ Denied ☐ Fugitive ☐ Pers. Rec ☐ PSA
AMOUNT SET $
Conditions ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other
Date Set
☐ Bail Not Made
Date Bond Made

### POST - INDICTMENT

Release Date
Bail ☐ Denied ☐ Fugitive ☐ Pers. Rec ☐ PSA
AMOUNT SET $1,000 Unsecured
Conditions ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other
Date Set 4-21-86
☐ Bail Not Made
Date Bond Made 4-21-86

### FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D NUMBER | DATE | RECEIPT NUMBER | C.D NUMBER |
|---|---|---|---|---|---|
| | | | | | |

Docket Entries Begin On Reverse Side

APPEALS FEE PAYMENTS

| DATE | Yr | Docket No | Def | | PAGE __ OF __ | VI EXCLUDABLE DELAY |
|---|---|---|---|---|---|---|
| DOCUMENT NO | 86 | 00019 | 01 | ☐ MASTER DOCKET - MULTIPLE DEFENDANT CASE<br>☐ PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | | Start Date / End Date / Ltr Code / Total Days |

### V. PROCEEDINGS

**WILLIAMS**

| Date | Proceeding |
|---|---|
| 4-21-86 | **WAIVER OF INDICTMENT**    lc: Judge Britt, U.S. ATty., Prob. Office |
|  | **CRIMINAL INFORMATION**    lc: Judge Britt, U.S. Atty. Prob. Office |
|  | **MEMORANDUM OF PLEA AGREEMENT**    lc: Judge Britt, U.S. Atty., Prob. Office |
| 4-21-86 | Judge Britt - Jo Bush Court Reporter - Raleigh<br>Rule 11 conducted<br>Plea of guilty accepted<br>$1,000 unsecured bond set w/rest.<br>**SEN. DATE:** June 9, 1986 - Fay. |
| 4-21-86 | **ORDER SETTING CONDITIONS OF RELEASE** - $1,000 unsecured bon exec. by Judge Britt on 4-21-86 w/ restrictions:<br>1. not depart EDNC and MDNC w/o permission of Prob. Office.<br>lc: U.S. Prob. Office & U.S. Atty. |
| 5-27-86 | **ISSUED NOTICE** - set for sentencing on Tuesday, 6/10/86 at 9 A.M. in Fay. before Judge Britt.<br>lc: U.S. Atty & Public Defender |
| 6-10-86 | **JUDGE BRITT - AT FAYETTEVILLE - ELLEN OAKLEY Court Reporter**<br>Sentencing<br>**JUDGMENT AND PROBATION /COMMITMENT ORDER**<br>5 yrs.<br>ESS - 5 yrs. prob.<br>Special conditions:<br>1. obey all local, state and federal laws<br>2. comply w/rules and regulations of Prob. Office<br>3. pay restitution to the Farmers Home Administration in the sum of $47,511.46 to be paid in increments of not less than $100.00 per month, under supervision of Probation Office.<br>(Britt, J) Cr. OB#4, P. 296.  cys. distr.  (ent. 6/17/86) |
| 10/5/04 | AGREED ORDER FOR PAYMENT - 3 cys to USA for svc.    bll<br>(BRITT, SUSDJ) ent. 10/6/04 |
| 5/4/05 | PETITION FOR APPROVAL OF CONSENT SETTLEMENT AGREEMENT - by govt    bll |
| 5/9/05 | ORDER APPROVING CONSENT SETTLEMENT AGREEMENT - signed by USDJ E. BRITT; cys to USA for svc.    bll |
| 5/10/05 | SATISFACTION OF JUDGMENT AND CERTIFICATE OF RELEASE OF LIEN - by govt    bll |




